427 A.2d 240

Commonwealth v. Weiss, Appellant.

Submitted June 29, 1979. Joseph F. Weiss, appellant, in propria persona; J. Michael Morrissey, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*
Judgment of sentence affirmed.

HOFFMAN, J., concurred in the result.